| | |
|---|---|
| 1 | DENNIS K. BURKE<br>United States Attorney |
| 2 | District of Arizona<br>MUNISH SHARDA |
| 3 | Assistant U.S. Attorney<br>405 W. Congress St., Suite 4800 |
| 4 | Tucson, Arizona 85701-5040<br>Telephone: (520) 620-7300 |
| 5 | munish.sharda@usdoj.gov<br>Attorneys for Plaintiff |

CR10-0754 TUC CKJ/JTF

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | **S E A L E D** |
| | ) | **I N D I C T M E N T** |
| Plaintiff, | ) | |
| | ) | Violations: |
| vs. | ) | |
| | ) | 8 USC § 1324(a)(1)(A)(v)(I) |
| Roberto Beltran-Trujillo, | ) | 8 USC § 1324(a)(1)(A)(ii) |
| aka Guero Pesado, | ) | 8 USC § 1324(a)(1)(A)(iii) |
| Eusebio Arce-Padilla, | ) | 18 USC § 982(a)(6) |
| aka Chevo, | ) | 21 USC § 853(p) |
| Saul Gaxiola-Moreno, | ) | 28 USC § 2461(c) |
| aka Triste, | ) | |
| Luis Gerardo Vasquez-Menchaca, | ) | (Conspiracy to Transport and Harbor Illegal |
| aka Gerry, | ) | Aliens; Forfeiture Allegation) |
| Raul Amador-Alvarado, | ) | |
| Jose Lorenzo Mendez, | ) | |
| aka Lorenzo, | ) | |
| Karina Alvarado, | ) | |
| Martha Patricia Vazquez, | ) | |
| aka Patricia Vazquez, | ) | |
| Jesus Antonio Velarde-Ozuna, | ) | |
| aka Aguila, | ) | |
| Alfredo Laurel-Olea, | ) | |
| aka Chile, | ) | |
| Domingo Perez-Osuna, | ) | |
| aka Domingo Osuna, Mingo, | ) | |
| Felizardo Soto-Soto, | ) | |
| aka Tony, | ) | |
| Miguel Torralba-Mendia, | ) | |
| aka Miguel Torralba-Mendina, | ) | |
| Miguel Torres-Organiz, | ) | |
| aka Bagre, | ) | |

///

| | |
|---|---|
| Oscar Ibarra-Valdez,<br>aka Jirafales,<br>Serapio Flores-Bahena,<br>aka Serapio Flores | )<br>)<br>)<br>)<br>) |
| Defendants | ) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about August 2006, through on or about April 6, 2010, in the District of Arizona and elsewhere, the defendants, ROBERTO BELTRAN-TRUJILLO (AKA GUERO PESADO), EUSEBIO ARCE-PADILLA (AKA CHEVO), SAUL GAXIOLA-MORENO (AKA TRISTE), LUIS GERARDO VASQUEZ-MENCHACA (AKA GERRY), RAUL AMADOR-ALVARADO, JOSE LORENZO MENDEZ (AKA LORENZO), KARINA ALVARADO, MARTHA PATRICIA VAZQUEZ (AKA PATRICIA VAZQUEZ), JESUS ANTONIO VELARDE-OZUNA (AKA AGUILA), ALFREDO LAUREL-OLEA (AKA CHILE), DOMINGO PEREZ-OSUNA (AKA DOMINGO OSUNA, MINGO), FELIZARDO SOTO-SOTO (AKA TONY), MIGUEL TORRALBA-MENDIA (AKA MIGUEL TORRALBA-MENDINA), MIGUEL TORRES-ORGANIZ (AKA BAGRE), OSCAR IBARRA-VALDEZ (AKA JIRAFALES), AND SERAPIO FLORES-BAHENA (AKA SERAPIO FLORES), did agree with each other and with various other persons known and unknown to the Grand Jury to commit the following offenses against the United States: (1) knowingly to bring individuals, knowing them to be aliens, into the United States from a place outside the United States, at a place other than a designated port of entry and other than a place designated by the Secretary of Homeland

///

**United States vs. Roberto Beltran-Trujillo, et al.**
Indictment; Page 2 of 10

Security, in violation of 8 U.S.C. § 1324(a)(1)(A)(i); (2) knowing and in reckless disregard of the fact that aliens had come to, entered, or remained in the United States in violation of law, to transport those illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii); and (3) knowingly and in reckless disregard of the fact that aliens have come to, entered, or remained in the United States in violation of law, to conceal, harbor, and shield from detection, the aliens within in buildings and other places, in violation of 8 U.S.C. § 1324(a)(1)(A).

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I).

## PARTIES AND PERSONS

At all relevant times:

1. ROBERTO BELTRAN-TRUJILLO (AKA GUERO PESADO) was the head of a Nogales-based ASO that coordinated the movement of illegal aliens from Nogales, Arizona, through Tucson, and then Phoenix, Arizona, stash houses using a variety of Tucson-based shuttle companies.

2. EUSEBIO ARCE-PADILLA (AKA CHEVO) was the head of a Nogales-based ASO that coordinated the movement of illegal aliens from Nogales, Arizona, through Tucson, and then Phoenix, Arizona, stash houses using a variety of Tucson-based shuttle companies.

3. SAUL GAXIOLA-MORENO (AKA TRISTE) was the head of a Nogales-based ASO that coordinated the movement of illegal aliens from Nogales, Arizona, through Tucson, and then Phoenix, Arizona, stash houses using a variety of Tucson-based shuttle companies.

///

United States vs. Roberto Beltran-Trujillo, et al.
Indictment; Page 3 of 10

4. LUIS GERARDO VASQUEZ-MENCHACA (AKA GERRY) was the head of a Nogales-based ASO that coordinated the movement of illegal aliens from Nogales, Arizona, through Tucson, and then Phoenix, Arizona, stash houses using a variety of Tucson-based shuttle companies.

5. RAUL AMADOR-ALVARADO was the manager of a "transportation cell" for this ASO(s). He coordinated and facilitated the movement of illegal aliens from various shuttle companies in Tucson, to Phoenix, Arizona.

6. JOSE LORENZO MENDEZ (AKA LORENZO) was the owner/manager of America's Shuttles located in Tucson, Arizona. He used the shuttle business to coordinate, harbor and move illegal aliens from Tucson to Phoenix, Arizona, stash houses.

7. KARINA ALVARADO, the wife of RAUL AMADOR-ALVARADO, assisted him in the coordination and movement of illegal aliens..

8. MARTHA PATRICIA VAZQUEZ (AKA PATRICIA VAZQUEZ ), the wife of LUIS GERARDO VASQUEZ-MENCHACA (AKA GERRY), was a driver who knowingly transported illegal aliens as well as the driver of "heat" (decoy) vehicles.

9. JESUS ANTONIO VELARDE-OZUNA (AKA AGUILA) was a lieutenant for this ASO(s). He coordinated and facilitated the movement of illegal aliens from Nogales to a number of the shuttle companies in Tucson, Arizona.

10. ALFREDO LAUREL-OLEA (AKA CHILE) was a lieutenant for this ASO(s). He coordinated and facilitated the movement of illegal aliens from Nogales to a number of the shuttle companies in Tucson, Arizona.

11. DOMINGO PEREZ-OSUNA (AKA DOMINGO OSUNA, MINGO) was a lieutenant for this ASO(s). He coordinated and facilitated the movement of illegal aliens

///

United States vs. Roberto Beltran-Trujillo, et al.
Indictment; Page 4 of 10

from Nogales to a number of the shuttle companies in Tucson, Arizona.

12. FELIZARDO SOTO-SOTO (AKA TONY) was an assistant and a driver who knowingly transported illegal aliens for this ASO(s).

13. MIGUEL TORRALBA-MENDIA (AKA MIGUEL TORRALBA-MENDINA) was an assistant and a driver who knowingly transported illegal aliens for this ASO(s).

14. MIGUEL TORRES-ORGANIZ (AKA BAGRE) was an assistant and a driver who knowingly transported illegal aliens for this ASO(s).

15. OSCAR IBARRA-VALDEZ (AKA JIRAFALES) was a lieutenant for this ASO(s). He coordinated and facilitated the movement of illegal aliens from Nogales to a number of the shuttle companies in Tucson, Arizona.

16. SERAPIO FLORES-BAHENA (AKA SERAPIO FLORES) was an assistant and a driver who knowingly transported illegal aliens for this ASO(s).

## OBJECTS OF THE CONSPIRACY

1. It was the object of the conspiracy that the co-conspirators, knowing that certain persons were aliens, would bring those persons to the United States from a place outside the United States at a place other than a designated port of entry or place designated by the Secretary of Homeland Security, regardless of whether such persons had received prior official authorization to come to, enter, and reside in the United States.

2. It was further the object of the conspiracy that the co-conspirators, knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, would transport and move and would attempt to transport and move said aliens within the United States by means of transportation and otherwise in

///

**United States vs. Roberto Beltran-Trujillo, et al.**
Indictment; Page 5 of 10

furtherance of such violation of law, and would cause and attempt to cause others to transport and move said aliens within the United States.

3. It was further the object of the conspiracy that all or some of the co-conspirators, knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, would conceal, harbor, and shield from detection, and cause and attempt to cause others to conceal, harbor, and shield from detection, said aliens in buildings and other places and by means of transportation.

## MEANS AND MANNER OF THE CONSPIRACY

1. It was the means and manner of the conspiracy that all or some of the defendants would and did make verbal contact with each other to coordinate and facilitate the smuggling of illegal aliens into the United States. At times, the co-conspirators would assist the aliens to be smuggled into the United States in a manner intended to allow the smuggled alien to be able to avoid detection by law enforcement.

2. It was further the means and manner of the conspiracy that all or some of the defendants would arrange for the individuals to be transported to various shuttle companies or stash houses in Tucson, Arizona. The individuals would be staged in the shuttle business or stash houses and then ultimately transported in shuttle vans from shuttle companies to various locations in Phoenix, Arizona. The defendants would coordinate and facilitate the movement of these individuals by contacting each other via telephones. The payments for smuggling ranged from hundreds to thousands of dollars per person. At times, the payment for the individuals smuggling fee would be made prior to their transportation to Phoenix. Other times, the smuggling fee would be paid after the individuals arrival in Phoenix. Payment for the smuggling fee would be made via MoneyGram, Western Union, or various

///

**United States vs. Roberto Beltran-Trujillo, et al.**
Indictment; Page 6 of 10

bank accounts. The individuals who were transported would be given pre-printed shuttle receipts denoting that they paid only a fare of $30.00 for transportation to Phoenix in an attempt to make the shuttle trip appear as the legitimate transportation of individuals.

3. It was further the means and manner of the conspiracy that all or some of the defendants would and did use houses, apartments, trailers, shuttle companies, and other buildings as "stash houses" for temporary housing for the aliens, including:

    a. 10 E. President Street, Tucson, Arizona;
    b. 125 W. Aviation Drive, Tucson, Arizona;
    c. 1931 S. 6th Avenue, Tucson, Arizona;
    d. 4201 S. 6th Avenue, Tucson, Arizona;
    e. 4207 S. 6th Avenue, Tucson, Arizona;
    f. 4420 S. 6th Avenue, Tucson, Arizona;
    g. 4444 S. 6th Avenue, Tucson, Arizona;
    h. 4419 S. 6th Avenue, Tucson, Arizona;
    i. 4863 S. 12th Avenue, Tucson, Arizona;
    j. 540 W. Utah Street, Tucson, Arizona;
    k. 42 N. Terrace, Nogales, Arizona.

4. It was further the means and manner of the conspiracy that all or some of the defendants would and did use wire transfers via Money Gram, Western Union, or various bank accounts to conceal and disguise the nature, location, source, ownership, and control of the alien smuggling proceeds, and to finance and facilitate the on-going illegal alien smuggling activities.

///

**United States vs. Roberto Beltran-Trujillo, et al.**
Indictment; Page 7 of 10

5. It was further the means and manner of the conspiracy that all or some of the defendants would and did use landline telephones and cellular telephones in order to communicate with co-conspirators, all in an effort to promote and facilitate the conspiracy.

6. It was further the means and manner of the conspiracy that all or some of the defendants were to transport, move, and harbor as many illegal aliens as possible without detection by law enforcement up to and including more than 2,000 illegal aliens.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I).

## FORFEITURE ALLEGATION

**THE GRAND JURY FURTHER CHARGES THAT:**

Upon conviction of the offenses alleged in Count 1 of this Indictment, defendants ROBERTO BELTRAN-TRUJILLO (AKA GUERO PESADO), EUSEBIO ARCE-PADILLA (AKA CHEVO), SAUL GAXIOLA-MORENO (AKA TRISTE), LUIS GERARDO VASQUEZ-MENCHACA (AKA GERRY), RAUL AMADOR-ALVARADO, JOSE LORENZO MENDEZ (AKA LORENZO), KARINA ALVARADO, MARTHA PATRICIA VAZQUEZ (AKA PATRICIA VAZQUEZ), JESUS ANTONIO VELARDE-OZUNA (AKA AGUILA), ALFREDO LAUREL-OLEA (AKA CHILE), DOMINGO PEREZ-OSUNA (AKA DOMINGO OSUNA, MINGO), FELIZARDO SOTO-SOTO (AKA TONY), MIGUEL TORRALBA-MENDIA (AKA MIGUEL TORRALBA-MENDINA), MIGUEL TORRES-ORGANIZ (AKA BAGRE), OSCAR IBARRA-VALDEZ (AKA JIRAFALES), AND SERAPIO FLORES-BAHENA (AKA SERAPIO FLORES), shall forfeit to the United States any proper, real or personal .

1. Pursuant to Title 18, United States Code, Section 982(a)(6), all conveyances, including vessels, vehicles, and aircraft, used in the commission of the violation, all

///

**United States vs. Roberto Beltran-Trujillo, et al.**
Indictment; Page 8 of 10

property, real and personal, that constitutes or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of the offense, and all property, real or personal, that was used to facilitate, or was intended to be used to facilitate the commission of the offense, including but not limited to the real property located at and known as 1038 Oso Court, Rio Rico, Arizona with Santa Cruz County Assessors parcel number 115-15-308.

2. A sum of money equal to the amount of proceeds obtained as a result of the offenses, for which the defendants are jointly and severally liable. The property subject to forfeiture includes, but is not limited to, a monetary judgement of not less than $5,000,000.00 (five million dollars) representing the gross proceeds of money equal to the total amount of money that was involved in the violations of Section 1324 as alleged in Count 1.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including but not limited to, all property, both real and personal, owned

///

**United States vs. Roberto Beltran-Trujillo, et al.**
Indictment; Page 9 of 10

by the defendants.

All in violation of Title 18, United States Code, Section 982(a)(6) and Title 28, United States Code, Section 2461(c).

DENNIS K. BURKE
United States Attorney
District of Arizona

*[signature]*

Assistant United States Attorney

///
**United States vs. Roberto Beltran-Trujillo, et al.**
Indictment; Page 10 of 10

APR 0 7 2010